WARD, KEENAN & BARRETT, P.C.
Gerald Barrett, SBN: 005855
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
E-Mail: gbarrett@wardkeenanbarrett.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

**pro hac vice* forthcoming

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Kiloh Smith, individually and on behalf of all others similarly situated,

Plaintiff,

v.

Target Corporation and Target Stores, Inc.,

Defendants.

Case No. 2:24-cv-01048-ROS

RULE 15 (1) (B) NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT

JURY TRIAL DEMANDED

Pursuant to Rule 15 (1) (B) and LRCiv 15.1. Plaintiff gives notice of filing a First Amended Complaint. This filing is done as a matter of course as it is filed within 21 days of service of Defendant's responsive pleading to the Complaint. Doc. 1, Motion to Dismiss Plaintiff's Complaint, Doc. 15. Attached to this Notice is a copy of the First Amended Complaint in a form that indicates in what respect it differs from the Complaint. Doc. 1.

Dated: August 28, 2024

Respectfully submitted,

**WARD, KEENAN & BARRETT, P.C.**

By: *<u>/s/ Gerald Barrett</u>*
Gerald Barrett

Gerald Barrett, SBN: 005855
3838 N. Central Avenue, Suite 1720
Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
E-Mail: gbarrett@wardkeenanbarrett.com

**BURSOR & FISHER, P.A.**
Yitzchak Kopel*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: ykopel@bursor.com

**pro hac vice forthcoming*

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

<u>s/ Mary Farley</u>