Leah C. Janus (pro hac vice)
Natasha T. Robinson (pro hac vice)
Mattison M. Kim (pro hac vice)
FREDRIKSON & BYRON, P.A.
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
ljanus@fredlaw.com
nrobinson@fredlaw.com
mkim@fredlaw.com

Jefferson T. Collins, Bar #016428
Jennifer M. Martin, Bar #037594
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7359
Fax: (602) 200-7825
jcollins@jshfirm.com
jmartin@jshfirm.com

Attorneys for Defendant Target Corporation

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kiloh Smith, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Target Corporation and Target Stores, Inc.,<br><br>Defendants. | No. 2:24-cv-01048-ROS<br><br>**CERTIFICATE OF CONFERRAL ON MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant Target Corporation ("Target") submits this Certificate and certifies that Leah Janus, counsel for Target, notified Plaintiff's counsel of the issues raised in Target's Motion to Dismiss Plaintiff's First Amended Complaint through e-mail on September 10, 2024. The parties were unable to agree that the Complaint was curable in any part by a

permissible amendment offered by Plaintiff in regard to allegations of specific defects. The Undersigned submits this certificate pursuant to LRCiv12,1(c).

DATED this 11th day of September, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Jefferson T. Collins
Jefferson T. Collins
Jennifer M. Martin
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004

FREDRIKSON & BYRON, P.A.

Leah C. Janus (pro hac vice)
Natasha T. Robinson (pro hac vice)
Mattison M. Kim (pro hac vice)
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402-4400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Christina Ciesla